**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7629**

---

CALVIN G. GRAY,

Plaintiff - Appellant,

versus

WILLIAM TED JONES, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; JOSEPH M. PULLANO, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; MARK A. SYLVESTER, individually and in his personal capacity as a private citizen and in his official capacity as Bluefield, West Virginia Police Officer and or Detective; JEFFREY D. LAWSON, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; ANTHONY W. BUZZO, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; TYRONE R. MILLER, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; JOHN T. HELTON, individually and in is personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective; RICHARD M. POE, individually and in his personal capacity as a private citizen and in his official capacity as a Bluefield, West Virginia Police Officer and or Detective and or Chief of Police,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, District Judge.  (CA-93-556-1)

Submitted:  March 21, 1996                    Decided:  April 4, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Calvin G. Gray, Appellant Pro Se.  John W. Feuchtenberger, STONE, MCGHEE, FEUCHTENBERGER, BARRINGER & CZARNIK, Bluefield, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Jones, No. CA-93-556-1 (S.D.W. Va. Sept. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2